UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ORDER**

Counsel for plaintiffs has filed into the record a copy of correspondence from counsel for defendant, Louisiana Citizens Property Insurance Corporation, in the below-listed cases.[1] This correspondence states that defendant desires these cases to be remanded to state court for lack of federal subject matter jurisdiction. Plaintiffs had previously filed a motion to remand in each of these cases.[2]

Because all parties agree that federal subject matter jurisdiction is lacking, **IT IS ORDERED** that each of the below-listed cases be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge.

| | | | |
|---|---|---|---|
| 08 -2112 | Janice Vallery | 08-2487 | Ester Smith |
| 08-2137 | Betty Alexander | 08-2525 | Ruth Patterson |
| 08-2146 | Patricia Jackson | 08-2530 | Ruth Patterson |
| 08-2148 | Mary Craney | 08-2540 | Rayolga Delair-Bankkston |
| 08-2156 | William Doyle | 08-2545 | Louis Casimier, et al |
| 08-2172 | Tracye Massey | 08-2548 | Calandthia Randall |
| 08-2174 | David Goodman, Sr. | 08-2559 | Dorothy Thurman |
| 08-2177 | Shirley Hughes | 08-2564 | Mary Ducksworth |
| 08-2182 | Shelia Sawyer | 08-2565 | Maura Richardson |

---

[1] See e.g., Janice Vallery v. La. Citizens Fair Plan, Civil Action No. 08-2112, R. Doc. No. 10.

[2] See e.g., Vallery, R. Doc. No. 6, mot. to remand.

| | | | |
|---|---|---|---|
| 08-2190 | Moira Guice | 08-3011 | Jeanell Williams |
| 08-2212 | Verdell Moore | 08-3075 | Shelia Dillon |
| 08-2254 | Evelyn DeBardeleben | 08-3078 | Alvin Webster, et al |
| 08-2348 | Edward Gasper, Jr. | 08-3092 | Earleen Jones |
| 08-2357 | Rebecca Holmes | 08-3097 | Corey Robinson, et al |
| 08-2470 | Grace Conway | 08-3099 | Mary Welsh |
| 08-2473 | Carrie Smith | 08-3138 | David Williams |
| 08-2476 | Wayne Staggers | 08-3142 | Carol Celestin |
| 08-2484 | Kacell Teague | 08-3150 | Leeonise Smith |

In light of this order, the status conference scheduled for October 28, 2008 at 7:30 a.m. is **CANCELLED**.

New Orleans, Louisiana, October 27, 2008.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**